[No. 37247-5-I.  Division One.  December 16, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v. RODNEY HALL, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 95-1-02646-6, Linda Lau, J., entered August 7, 1995. *Affirmed* by unpublished per curiam opinion.

[No. 37365-0-I.  Division One.  December 16, 1996.]

ADVANCE RESORTS OF AMERICA, INC., *Appellant*, v. WASHINGTON STATE SHORELINES HEARINGS BOARD, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Skagit County, No. 94-2-01086-0, George E. McIntosh, J., entered September 6, 1995. *Affirmed* by unpublished per curiam opinion.

[No. 37516-4-I.  Division One.  December 16, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v. E.J., *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 95-8-03025-6, Michael Spearman, J., entered September 18, 1995. *Dismissed* by unpublished per curiam opinion.

[No. 37722-1-I.  Division One.  December 16, 1996.]

THE BERRYDALE TRUST, by and through ROBERT SCHUCK, ET AL., *Trustees, Respondents*, v. JIM DICK, ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for King County, No. 94-2-29651-5, Laura Inveen, J., entered October 13, 1995. *Affirmed* by unpublished opinion per Webster, J., concurred in by Cox and Ellington, JJ.